No. A–1220 (72–6675). LEAMER *v.* DERAMUS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Application for bail denied.

No. A–1233 (72–6900). DOE *v.* PLANNED PARENTHOOD ASSOCIATION OF UTAH. Appeal from Sup. Ct. Utah. Application for stay presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. ▆

No. A–1234 (72–562). ABERDEEN & ROCKFISH RAILROAD CO. ET AL. *v.* STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL.; and

No. A–1239 (72–535). INTERSTATE COMMERCE COMMISSION *v.* STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL. D. C. D. C. Application of SCRAP et al. to vacate stay entered by THE CHIEF JUSTICE on June 8, 1973, denied. MR. JUSTICE DOUGLAS would vacate the stay. MR. JUSTICE POWELL took no part in the consideration or decision of this application.

No. A–1260 (72–6871). BELL *v.* UNITED STATES. C. A. 7th Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. ▆

No. A–1273 (72–1712). IN RE HOROWITZ. C. A. 2d Cir. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant the application. ▆